01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

Vincent F Suchocki ) Chapter 13
Kathy M Suchocki ) Bankruptcy Case No.
)
Debtor(s) )
)
)

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS
### DECLARATION OF PETITIONER(s)

A. [To be completed in all cases.]

I/(We) **Vincent F Suchocki and Kathy M Suchocki**, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the documents are true and correct.

B. [To be checked and applicable only if the petition is a corporation, partnership or limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that that I have been authorized to file this petition on behalf of the debtor.

**Vincent F Suchocki**
Printed or Typed Name of Debtor or Representative

**Kathy M Suchocki**
Printed or Typed Name of Joint Debtor

_/s/ Vincent F Suchocki_
Signature of Debtor or Representative

_/s/ Kathy M Suchocki_
Signature of Joint Debtor

08/07/12
Date

8-7-12
Date

PFG # 565058

ECF Declaration  Page 1 of 1