# IN THE UNITED STATES OF BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No:    12-31508 |
| Vincent Suchocki | ) | |
| Kathy M Suchocki | ) | Chapter:    Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge:    A. Benjamin Goldgar |

## ORDER TO EMPLOYER TO PAY FUNDS TO THE TRUSTEE

**Staples**
ATTN: PAYROLL DEPT SUPERVISOR (Kathy M Suchocki)
300 Arbor Lake Dr.
Columbia, SC 29223

WHEREAS, the above named Debtor, **Kathy M Suchocki**, has submitted a plan to pay her debt out of her future earnings, and by her plan submits all of her future earnings to the supervision and control of this Court for the purpose of carrying out the plan:

NOW THEREFORE, IT IS ORDERED, that until further order of this Court, the employer of said Debtor shall deduct from the earnings of the Debtor the sum of:

| Weekly | Bi-Weekly | Semi-Monthly | Monthly |
|---|---|---|---|
| $ 224.00 | $ | $ | $ |

Beginning on the next pay day following the receipt of this order and to pay the sum so deducted to **Marilyn O. Marshall**, Trustee, at least once a month to the following address:

> MARILYN O. MARSHALL, CHAPTER 13 TRUSTEE
> BK DOCKET #: 12-31508
> PO BOX 2031
> MEMPHIS, TN 38101

**IT IS FURTHER ORDERED**, that the employer shall stop or change the deduction upon written notice from the Trustee;

**IT IS FURTHER ORDERED**, that the employer shall notify the Trustee if the employment of the debtor is terminated and the reason for such termination;

**IT IS FURTHER ORDERED**, that all earnings of the debtor or income due the debtor, except amounts required to be withheld by the provisions of Federal or State law or for insurance, pension, or union dues, be paid to the debtor and that no deduction other than authorized or directed by this Order be made by the employer.

ENTERED: **30 AUG 2012**
_____
United States Bankruptcy Judge

I agree to the entry of this order without further notice of hearing.

DATE:    08/13/2012
_____
Kyle Dallmann, Attorney for the Debtor

Our Client(s) Record # 565058
F:\Docs\gapmerge\SDS\Stays - Utility Faxes - NPB's\Chapter 13\Payroll\WD - Order for Payroll Control Illinois Northern (W).doc