WWR# 9754610

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS (CHICAGO)**

| | | |
|---|---|---|
| In Re: | : | Case No. 12-31508 |
| | : | |
| Vincent F. Suchocki and Kathy M. Suchocki, | : | Chapter 13 |
| | : | |
| Debtors, | : | Hon. Judge A. Benjamin Goldgar |
| | : | |
| | : | **OBJECTION TO BE HEARD AT THE** |
| | : | **CONFIRMATION HEARING:** |
| | : | **Date:  October 23, 2012** |
| | : | **Time:  11:00 a.m.** |
| | : | **Location: 219 S. Dearborn Street, Chicago, IL** |
| | : | **60604, Courtroom 613** |

## OBJECTION TO CONFIRMATION

NOW COMES Creditor, Sterling Jewelers Inc., dba Kay Jewelers, a secured Creditor in the above captioned Chapter 13 proceeding, and objects to confirmation of Debtors' Chapter 13 plan and states as follows:

1. On August 8, 2012, Vincent F. Suchocki and Kathy M. Suchocki, Debtors, filed a Chapter 13 petition for relief.

2. On November 2, 2011, Debtors executed and delivered to Creditor an open-ended Credit Agreement for the purchase of jewelry.

3. Pursuant to the Agreement, creditor retained a security interest in the goods purchased.

4. If collateral for a debt incurred within one year preceding the filing of the bankruptcy petition is anything of value (other than a motor vehicle), § 506 does not apply to the claim.  U.S.C. § 1325 (a), hanging paragraph.

5. The jewelry securing creditor's claim was purchased within one year of the filing of the petition.

6. The amount due Creditor on its secured claim is $1,240.26.

7. Debtors' present Plan proposes to pay Sterling Jewelers Inc., dba Kay

Jewelers less than the full amount of its secured claim as is required under the hanging paragraph of § 1325 (a).

8.  The proposed plan fails to provide for an appropriate rate of interest commensurate with the associated risk related to the contract and as such, the proposed plan does not comply with *Till v. SCS Credit Corp.*, 541 U.S. 465 (2004).

9.  Creditor believes an appropriate interest rate would be the present prime rate plus 3%.

WHEREFORE, for the reasons stated above, Sterling Jewelers Inc., dba Kay Jewelers, respectfully requests that confirmation of the proposed plan be denied.

Respectfully submitted,

**WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date: September 11, 2012    By: /s/ Monette Cope_____
Monette Cope
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601
312-253-9624
ARDC # 6198913
Attorney for Sterling Jewelers Inc., dba Kay Jewelers

## PROOF OF SERVICE

  Creditor, Sterling Jewelers Inc., dba Kay Jewelers, filed an Objection to Confirmation. All parties were served a copy of the Objection on <u>September 11, 2012.</u> The Objection was served upon Debtors by depositing the same in the U.S. Mail at 180 N. LaSalle Chicago, Illinois, postage prepaid as addressed below. The remaining parties were served by the Court's CM/ECF electronic noticing.

Vincent F. Suchocki and
Kathy M. Suchocki
159 Wildwood Rd.
Elk Grove Village, IL 60007

Shera L. Bucchianeri, Esq.
55 E. Monroe St., Suite 3400
Chicago, IL 60603

Marilyn O Marshall, Chapter 13 Trustee
224 South Michigan, Ste. 800
Chicago, IL 60604

Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

              Respectfully submitted,

              **WELTMAN, WEINBERG & REIS CO., LPA**

              By: <u>/s/ Audrey McClain</u>
              Audrey McClain, Legal Assistant

Vincent F. Suchocki and
Kathy M. Suchocki
159 Wildwood Rd.
Elk Grove Village, IL 60007