# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| VINCENT F SUCHOCKI KATHY M SUCHOCKI, | NO. 12-31508 JUDGE: Goldgar, |
| DEBTORS | |

## NOTICE OF FILING

**Notified via Electronic Filing**
U.S. Trustee , 219 S Dearborn St, Room 873, Chicago, IL 60604
Marilyn Marshall, 224 South Michigan, Ste 800, Chicago, IL 60604
Shera Bucchianeri, 55 E. Monroe St. #3400, Chicago, IL 60603

**Notified via US Postal Service**
Vincent F Suchocki, 159 Wildwood Rd, Elk Grove Village, IL 60007
Kathy M Suchocki, 159 Wildwood Rd, Elk Grove Village, IL 60007

     Please take notice that on the 28th day of September, 2012 I did file with the Clerk of the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 the Amended Objection to Confirmation of Plan.

## AFFIDAVIT OF SERVICE

     The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached objection upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 2121 Waukegan Road, Suite 301, Bannockburn, IL 60015, before the hour of 5:00 PM on September 28, 2012, unless a copy was provided electronically by the Clerk of the Court.

     Respectfully Submitted,

     /s/ Josephine J. Miceli
     Josephine J. Miceli

Richard B. Aronow ARDC# 03123969

Josephine J. Miceli ARDC# 06243494
Jill A. Luetkenhaus ARDC# 6299380
Christopher J. Stasko ARDC# 6256720
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
12-060224

**The firm of Fisher and Shapiro, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**