# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re

**Vincent F Suchocki   and  Kathy M Suchocki, Debtors**         Bankruptcy Docket #:   **12-31508**

Judge:   **A. Benjamin Goldgar**

## AMENDED ~ SCHEDULE J - CURRENT EXPENSES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check box if joint petition is filed & debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| # | Item | Amount |
|---|------|--------|
| 1. | Rent or home mortgage payment (include lot rented for mobile home) | $ 2,143.17 |
|    | a. Real Estate taxes included?  **[x] Yes  [ ] No**    b. Property insurance included? **[x] Yes  [ ] No** | |
| 2. | Utilities:  a. Electricity and Heating Fuel | $ 600.00 |
|    | b. Water, Sewer, Garbage | $ 92.00 |
|    | c. Cellphone, Internet | $ 245.00 |
|    | d. Other  **Home Phone and Cable Television** | $ 180.00 |
| 3. | Home Maintenance (repairs and upkeep) | $ 100.00 |
| 4. | Food | $ 550.00 |
| 5. | Clothing | $ 100.00 |
| 6. | Laundry and Dry Cleaning | $ 60.00 |
| 7. | Medical and Dental Expenses | $ 100.00 |
| 8. | Transportation (not including car payments)  **Gas, Tolls/Parking, Fees/Licenses, Repair, Bus/Train** | $ 685.00 |
| 9. | Recreation, Clubs and Entertainment, Newspapers, Magazines, etc. | $ 50.00 |
| 10. | Charitable Contributions | $ - |
| 11. | Insurance (not deducted from wages or included in home mortgage payments) | $ - |
|    | a. Homeowner's or Renter's | $ - |
|    | b. Life | $ - |
|    | c. Health | $44.00 |
|    | d. Auto | $ 80.00 |
|    | e. Other | $ - |
| 12. | Taxes (not deducted from wages or included in home mortgage payments) | |
|    | (Specify)  **Federal or State Tax Repayments, Real Estate Taxes** | $ - |
| 13. | Installment Payments: (In Chapter 11, 12, and 13 cases, do not list payments to be included in plan) | $- |
|    | a. Auto | |
|    | b. Reaffirmation Payments | $ - |
|    | c. Other                          $- | $- |
| 14. | Alimony, maintenance and support paid to others | $- |
| 15. | Payments for support of additional dependents not living at your home | $- |
| 16. | Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ - |
| 17. | Other:  **See Detailed Expense Attachment** | $305.00 |
| **18.** | **AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and if applicable, on the Stastical of Summary of Certain Liabilities and Related Data. | **$ 5,334.17** |

19. Describe any increase/decrease in expenditures anticipated to occur within the year following the filing this document:
    **None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ 6,304.87 |
| b. | Average monthly expenses from Line 18 above | $ 5,334.17 |
| c. | Monthly net income (a. minus b.) | **$ 970.70** |
| d. | Total amount to be paid into plan monthly | **$ 970.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

In re

**Vincent F Suchocki   and   Kathy M Suchocki, Debtors**              Bankruptcy Docket #:   **12-31508**

Judge:   **A. Benjamin Goldgar**

## AMENDED ~ SCHEDULE J - CURRENT EXPENSES OF INDIVIDUAL DEBTOR(S)

### Line 17 Detailed Expense Attachment

| | |
|---|---|
| Eye Care | $ 40.00 |
| Hair Cuts | $ 60.00 |
| Hygiene | $ 15.00 |
| Prescription Medications | $ 80.00 |
| Postage and Banking Fees | $ 35.00 |
| Pet Care | $ 75.00 |

Total Line 17 Other Expenditures:  $305.00