01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:   Vincent Suchocki and Kathy M. Suchocki     )
)
)
)
)    Case No.  12-31508
)
Debtor (s)    )
)    Chapter  13

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re:   I, J
_____
(Specify Document)

I (We),  Vincent Suchocki  and  Kathy M. Suchocki  the undersigned individual(s),

hereby declare under penalty of perjury that I(we) have reviewed the  above-referenced amendments

being filed simultaneously with this Declaration and that the information therein is true and correct.

Vincent Suchocki                                         Kathy M. Suchocki
Printed or Typed Name of Debtor or Other Person          Printed or Typed Name of Joint Debtor

/s/ Vincent Suchocki                                     /s/ Kathy M. Suchocki
Signature of Debtor or Other Person                      Signature of Joint Debtor

10/03/12                                                 10/03/12
Date                                                     Date

565058