WWR# 9754610

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | | |
|---|---|---|
| In Re: | : | Case No. 12-31508 |
| | : | |
| Vincent F. Suchocki and Kathy M. Suchocki, | : | Chapter 13 |
| | : | |
| | : | Judge A. Benjamin Goldgar |
| | : | |
| Debtors | : | |

### NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION

NOW COMES Creditor, Sterling Jewelers Inc. dba Kay Jewelers, by and through counsel, Monette W. Cope, and withdraws the Objection to Confirmation it filed on September 11, 2012.

Respectfully submitted,

**WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date: October 22, 2012           By: /s/ Monette Cope_____
                                 Monette Cope
                                 180 N. LaSalle Street, Suite 2400
                                 Chicago, IL 60601
                                 312-253-9624
                                 312-782-4201 (Fax)
                                 ARDC # 6198913
                                 Attorney for Creditor, Sterling Jewelers Inc.
                                 dba Kay Jewelers

## CERTIFICATE OF SERVICE

Creditor, Sterling Jewelers Inc. dba Kay Jewelers, filed a Notice of Withdrawal of Objection to Confirmation. All parties were served a copy of the Notice on <u>October 22, 2012</u>. The Notice was served upon Debtors by depositing the same in the U.S. Mail at 180 N. LaSalle St., Chicago, Illinois, postage prepaid and addressed as below. The remaining parties were served by the Court's CM/ECF electronic noticing.

Vincent F. Suchocki and
Kathy M. Suchocki
159 Wildwood Rd.
Elk Grove Village, IL 60007

Shera L. Bucchianeri, Esq.
Attorney for Debtors
55 E. Monroe St., Suite 3400
Chicago, IL 60603

Marilyn O Marshall, Chapter 13 Trustee
224 South Michigan, Ste. 800
Chicago, IL 60604

Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

Respectfully submitted,

**WELTMAN, WEINBERG & REIS CO., LPA**

Date: October 22, 2012        By: <u>/s/ Audrey McClain</u>
                     Audrey McClain, Legal Assistant