NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Vincent F Suchocki
159 Wildwood Rd
Elk Grove Village, IL 60007
SSN: xxx–xx–4983  EIN: N.A.

Case No. :   12–31508
Chapter :   13
Judge :   A. Benjamin Goldgar

Kathy M Suchocki
159 Wildwood Rd
Elk Grove Village, IL 60007
SSN: xxx–xx–0254  EIN: N.A.

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : GE Capital Retail Bank

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to PRA Receivables Management, LLC of your claim in the above matter, designated Claim No. 1 in the amount of $1256.98.   If no objections are filed by you on or before May 20, 2013 the Court shall substitute PRA Receivables Management, LLC in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: April 30, 2013

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-31508-ABG
Vincent F Suchocki                                              Chapter 13
Kathy M Suchocki
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 2              Date Rcvd: Apr 30, 2013
                              Form ID: ntcasclm       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2013.
db/jdb      +Vincent F Suchocki,    Kathy M Suchocki,    159 Wildwood Rd,    Elk Grove Village, IL 60007-1769

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19331554      E-mail/PDF: rmscedi@recoverycorp.com May 01 2013 03:04:57      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 02, 2013             Signature:**      _Joseph Speetjens_

```
District/off: 0752-1          User: dross              Page 2 of 2                  Date Rcvd: Apr 30, 2013
                              Form ID: ntcasclm        Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2013 at the address(es) listed below:

```
              Christopher J Stasko    on behalf of Creditor    BANK OF AMERICA, N.A.
               cstasko@fisherandshapirolaw.com, bk_il_notice@fisherandshapirolaw.com
              Marilyn O Marshall    courtdocs@chi13.com
              Megan D Hayes    on behalf of Joint Debtor Kathy M Suchocki ndil@geracilaw.com
              Megan D Hayes    on behalf of Debtor Vincent F Suchocki ndil@geracilaw.com
              Monette W Cope    on behalf of Creditor    Sterling Jewelers Inc. dba Kay Jewelers
               ecfnil@weltman.com
              Monette W Cope    on behalf of Creditor    STERLING JEWELERS INC., DBA KAY JEWELERS
               ecfnil@weltman.com
              Nathan E Curtis    on behalf of Debtor Vincent F Suchocki ndil@geracilaw.com
              Nathan E Curtis    on behalf of Joint Debtor Kathy M Suchocki ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ryan S Fojo    on behalf of Joint Debtor Kathy M Suchocki ndil@geracilaw.com
              Ryan S Fojo    on behalf of Debtor Vincent F Suchocki ndil@geracilaw.com
              Shera L Bucchianeri    on behalf of Debtor Vincent F Suchocki ndil@geracilaw.com
              Shera L Bucchianeri    on behalf of Joint Debtor Kathy M Suchocki ndil@geracilaw.com
                                                                                             TOTAL: 13
```