NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Vincent F Suchocki
159 Wildwood Rd
Elk Grove Village, IL 60007
SSN: xxx–xx–4983 EIN: N.A.

Case No. :   12–31508
Chapter :    13
Judge :      A. Benjamin Goldgar

Kathy M Suchocki
159 Wildwood Rd
Elk Grove Village, IL 60007
SSN: xxx–xx–0254 EIN: N.A.

---

### NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : GE Capital Retail Bank

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to eCAST Settlement Corporation of your claim in the above matter, designated Claim No. 2 in the amount of $104.89. If no objections are filed by you on or before August 7, 2013 the Court shall substitute eCAST Settlement Corporation in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: July 18, 2013

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Vincent F Suchocki  
Kathy M Suchocki  
    Debtors

Case No. 12-31508-ABG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: ccabrales      Page 1 of 2      Date Rcvd: Jul 18, 2013  
                     Form ID: ntcasclm      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2013.  
db/jdb         +Vincent F Suchocki,   Kathy M Suchocki,   159 Wildwood Rd,   Elk Grove Village, IL 60007-1769

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
19331554       E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2013 01:22:37      GE Capital Retail Bank,  
        c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605  
                                                                                                TOTAL: 1

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 20, 2013**            **Signature:** *Joseph Speetjens*

```
District/off: 0752-1           User: ccabrales              Page 2 of 2                  Date Rcvd: Jul 18, 2013
                               Form ID: ntcasclm            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2013 at the address(es) listed below:

```
              Christopher J Stasko    on behalf of Creditor    BANK OF AMERICA, N.A.
               cstasko@fisherandshapirolaw.com, bk_il_notice@fisherandshapirolaw.com
              Marilyn O Marshall    courtdocs@chi13.com
              Megan D Hayes     on behalf of Joint Debtor Kathy M Suchocki ndil@geracilaw.com
              Megan D Hayes     on behalf of Debtor Vincent F Suchocki ndil@geracilaw.com
              Monette W Cope    on behalf of Creditor    Sterling Jewelers Inc. dba Kay Jewelers
               ecfnil@weltman.com
              Monette W Cope    on behalf of Creditor    STERLING JEWELERS INC., DBA KAY JEWELERS
               ecfnil@weltman.com
              Nathan E Curtis    on behalf of Debtor Vincent F Suchocki ndil@geracilaw.com
              Nathan E Curtis    on behalf of Joint Debtor Kathy M Suchocki ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ryan S Fojo    on behalf of Joint Debtor Kathy M Suchocki ndil@geracilaw.com
              Ryan S Fojo    on behalf of Debtor Vincent F Suchocki ndil@geracilaw.com
              Shera L Bucchianeri    on behalf of Debtor Vincent F Suchocki ndil@geracilaw.com
              Shera L Bucchianeri    on behalf of Joint Debtor Kathy M Suchocki ndil@geracilaw.com
                                                                                             TOTAL: 13
```