**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF<br><br>VINCENT F SUCHOCKI<br>KAHTY M SUCHOCKI,<br><br>DEBTORS | IN PROCEEDINGS<br>UNDER CHAPTER 13<br><br>NO. 12-31508<br>JUDGE: Goldgar, |

**WITHDRAWAL, ADDITION AND SUBSTITUTION OF COUNSEL PURSUANT TO
LOCAL RULE 2091-1**

Please substitute Attorney Michael N. Burke, #6291435 for Attorney Christopher J. Stasko on behalf of BANK OF AMERICA, N.A. and change notice to:

Michael N. Burke, #6291435
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
mburke@fisherandshapirolaw.com

/s/ Michael N. Burke

Michael N. Burke, #6291435
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
mburke@fisherandshapirolaw.com