UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-31508 |
| | ) | |
| Vincent Suchocki and Kathy Suchocki | ) | Chapter:  13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN**

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED as follows:

1. The motion is granted.
2. Section D(1) of Debtor's confirmed plan is modified reducing the monthly plan payment to $976 per month.
3. Section E(8) of Debtor's confirmed plan is modified reducing the dividend to unsecured creditors to 1%.
4. The existing default of $ _____, ~~through August 2013,~~ is deferred to the end of the plan term.

Enter:

Dated: 03 SEP 2013

United States Bankruptcy Judge

**Prepared by:**
Ryan S. Fojo
Geraci Law L.L.C
55 East Monroe Street, #3400
Chicago, IL 60603
Ph: 312.332.1800
Fax: 877.247.1960

Rev: 20120209_bko