IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Vincent F. Suchocki
Kathy M. Suchocki
            Debtors

Bankruptcy No. 12-31508
Judge A. Benjamin Goldgar
Chapter: 13

## NOTICE OF MOTION

TO:   Vincent F. Suchocki, 159 Wildwood Rd, Elk Grove Village, IL 60007
      Kathy M. Suchocki, 159 Wildwood Rd, Elk Grove Village, IL 60007
      Marilyn O. Marshall, 224 S. Michigan Ste 800, Chicago, IL 60604
      Shera L. Bucchianeri, 55 E. Monroe St., Suite #3400, Chicago, IL 60603
      Patrick S. Layng, 219 S Dearborn St, Room 873, Chicago, IL 60604

     Please take notice on July 22, 2014 at 9:30 a.m., I shall appear before the Honorable A. Benjamin Goldgar, in Courtroom 642, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached motion at which time you may appear if you wish.

                              /s/ Josephine J. Miceli
                              Josephine J. Miceli, IL ARDC #6243494

## CERTIFICATE OF SERVICE

I, Josephine J. Miceli, an attorney certify that I served the attached motion by mailing a copy to the Debtors at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe St., Chicago, IL 60606 on or before 5:00 p.m. on July 9, 2014. The remaining parties were served by the CM/ECF electronic noticing system.

                              /s/ Josephine J. Miceli
                              Josephine J. Miceli, IL ARDC #6243494

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:

Vincent F. Suchocki
Kathy M. Suchocki
              Debtors

Bankruptcy No. 12-31508
Judge A. Benjamin Goldgar
Chapter: 13

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY)

Bank of America, N.A. ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtors having an address of 159 Wildwood Road, Elk Grove Village, Illinois 60007 (the "Property"). The Required Statement is attached hereto as Exhibit C, in accordance with Local Rule 4001-1. In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtors on August 8, 2012.

2. A Chapter 13 Plan was confirmed on November 27, 2012.

3. The Debtors have executed and delivered or are otherwise obligated with respect to a certain promissory note in the original principal amount of $295,365.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A. Movant is an entity entitled to enforce the Note.

4. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtors under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit B.

5. Bank of America, N.A. services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtors obtain a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed.

6. As of July 1, 2014, the outstanding amount of the Obligations is: $311,653.37.

7. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred $650.00 in legal fees and $176.00 in costs. Movant reserves all rights to seek an award or allowance of

such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

8.    The Debtors plan calls for the Debtors to make postpetition mortgage payments to the Movant.

9.    The following chart sets forth the number and amount of postpetition payments due pursuant to the terms of the Note that have been missed by the Debtors as of July 1, 2014:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 5 | 03/01/2014 | 07/01/2014 | $2,097.34 | $10,486.70 |
| | | | Less postpetition partial payments (suspense balance): | ($880.86) |

Total: $9,605.84

10.    The estimated market value of the Property is $133,030.00. The basis for such valuation is the Debtors' schedules.

11.    Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $311,653.37.

12.    Cause exists for relief from the automatic stay for the following reasons:

  a) Movant's interest in the Property is not adequately protected.
  b) Postconfirmation payments required by the confirmed plan have not been made to Movant.
  c) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtors have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.
2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.
4. For such other relief as the Court deems proper.

      /s/ Josephine J. Miceli
      Josephine J. Miceli, ARDC #6243494
      Attorney for Bank of America, N.A.

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE