Date 09/30/2011 01:44 PM Pg 1 of 2
Cook County Recorder of Deeds
*RHSP FEE $10.00 Applied

Recording Requested By:
**Bank of America**
Prepared By: **Danilo Cuenca**
888-603-9011
When recorded mail to:
CoreLogic
450 E. Boundary St.
Attn: Release Dept.
Chapin, SC 29036

DocID#
Tax ID:
Property Address:
159 Wildwood Rd
Elk Grove Village, IL 60007-1769

This space for Recorder's use

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 3300 S.W. 34th Avenue, Suite 101 Ocala, FL 34474 does hereby grant, sell, assign, transfer and convey unto **BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP** whose address is 451 7TH ST.SW #B-133, WASHINGTON DC 20410 all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender: **WINTRUST MORTGAGE CORPORATION, AN ILLINOIS CORPORATION**
Borrower(s): **VINCENT F. SUCHOCKI AND KATHY M. SUCHOCKI, HUSBAND AND WIFE**
Date of Mortgage: 10/14/2009      Original Loan Amount: $295,365.00
Recorded in Cook County, IL on: 11/17/2009, book N/A, page N/A and instrument number 0932150022

Property Legal Description:
LOT 390 IN ELK GROVE VILLAGE SECTION 1 SOUTH, BEING A SUBDIVISION IN THE NORTH 1/2 OF SECTION 28, TOWNSHIP 41 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on 9/26/11

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____
Lisa Nix, Assistant Secretary



Exhibit B

State of California
County of Ventura

On __9/26/11__ before me, __XIOMARA M OLIVA__, Notary Public, personally appeared Lisa Nix, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: __XIOMARA M OLIVA__ (Seal)
My Commission Expires: __11/12/19__

XIOMARA M. OLIVA
COMM. # 1913041
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 12, 2014

DocID#  ▓▓▓▓▓▓▓▓

Exhibit B