REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) Vincent F. Suchocki and Kathy M. Suchocki        Case No.    12-31508        Chapter    13

All Cases: Moving Creditor    Bank of America, N.A.        Date Case Filed    8/8/2012

Nature of Relief Sought:        ■ Lift Stay        □ Annul Stay        □ Other (describe)

Chapter 13:    Date of Confirmation Hearing _____    Or Date Plan Confirmed    11/27/2012

Chapter 7:    □ No-Asset Report Filed on _____

            □ No-Asset Report not filed, Date of Creditors Meeting _____

1.  Collateral
    a.  ■ Home
    b.  □ Car Year, Make, and Model _____
    c.  □ Other (describe) _____

2.  Balanced Owed as of July 1, 2014        $311,653.37
    Total of all other Liens against Collateral    $0.00

3.  In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:
    Please see attached postpetition payment ledger

4.  Estimated Value of Collateral (must be supplied in *all* cases)        $133,030.00

5.  Default
    a.  □ Pre-Petition Default
        Number of months        23        Amount        $34,216.62
    b.  ■ Post-Petition Default
        i.   ■ On direct payments to the moving creditor
             Number of months        5        Amount        $9,605.84
        ii.  □ On payments to the Standing Chapter 13 Trustee
             Number of Months _____        Amount _____

6.  Other Allegations
    a.  □ Lack of Adequate Protection § 362(d)(1)
        i.    □ No insurance
        ii.   □ Taxes unpaid        Amount _____
        iii.  □ Rapidly depreciating asset
        iv.   □ Other (describe) _____

    b.  □ No Equity and not Necessary for an Effective reorganization § 362(d)(2)

    c.  □ Other "Cause" § 362(d)(1)
        i.    □ Bad Faith (describe) _____
        ii.   □ Multiple Filings
        iii.  □ Other (describe) _____

    d.  Debtor's Statement of Intention regarding the Collateral
    i.  □ Reaffirm    ii.  □ Redeem    iii.  □ Surrender    iv.  ■ No Statement of Intention Filed

Date:    7/9/2014            /s/ Josephine J. Miceli
                            Counsel for Movant

# EXHIBIT C