BANKRUPTCY MFR LEDGER

Borrower Name : VINCENT F & KATHY M SUCHOCKI  
Address : 159 WILDWOOD ROAD

Case Number : 12-31508  
Bankruptcy Filed Date : 8/8/2012  
Data As of : 07/02/2014 11:14 AM

| Description | Post-Petition Date Satisfied | Transaction Date | Funds Received | Amount Due | Escrow | Principal + Interest | Optional Products | Buydown | Post-Petition Partial Amount | Post-Petition Partial Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 - FUNDS RECEIVED | | 9/6/2012 | $2,023.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,023.56 | $2,023.56 |
| 10 - PAYMENT APPLIED | 9/1/2012 | 9/6/2012 | $119.61 | $2,143.17 | $668.46 | $1,474.71 | $0.00 | $0.00 | ($2,023.56) | $0.00 |
| 10 - FUNDS RECEIVED | | 10/4/2012 | $2,023.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,023.56 | $2,023.56 |
| 20 - MISC | | 10/4/2012 | $239.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $239.22 | $2,262.78 |
| 10 - PAYMENT APPLIED | 10/1/2012 | 10/4/2012 | ($119.61) | $2,143.17 | $668.46 | $1,474.71 | $0.00 | $0.00 | ($2,262.78) | $0.00 |
| 10 - PAYMENT APPLIED | 11/1/2012 | 11/1/2012 | $2,143.17 | $2,143.17 | $668.46 | $1,474.71 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 - PAYMENT APPLIED | 12/1/2012 | 12/7/2012 | $2,143.17 | $2,143.17 | $668.46 | $1,474.71 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 - PAYMENT APPLIED | 1/1/2013 | 1/3/2013 | $2,143.17 | $2,143.17 | $668.46 | $1,474.71 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 - PAYMENT APPLIED | 2/1/2013 | 2/22/2013 | $2,143.17 | $2,143.17 | $668.46 | $1,474.71 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 - FUND REVERSAL | | 3/1/2013 | ($2,143.17) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($2,143.17) | ($2,143.17) |
| 10 - FUNDS RECEIVED | | 3/1/2013 | $2,143.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,143.17 | $0.00 |
| 10 - FUNDS RECEIVED | | 9/13/2013 | $2,097.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,097.34 | $2,097.34 |
| 10 - PAYMENT APPLIED | 3/1/2013 | 10/3/2013 | $2,097.34 | $2,143.17 | $668.46 | $1,474.71 | $0.00 | $0.00 | ($45.83) | $2,051.51 |
| 10 - PAYMENT APPLIED | 4/1/2013 | 10/31/2013 | $2,097.34 | $2,143.17 | $668.46 | $1,474.71 | $0.00 | $0.00 | ($45.83) | $2,005.68 |
| 10 - PAYMENT APPLIED | 5/1/2013 | 12/3/2013 | $2,097.34 | $2,143.17 | $668.46 | $1,474.71 | $0.00 | $0.00 | ($45.83) | $1,959.85 |
| 10 - PAYMENT APPLIED | 6/1/2013 | 1/6/2014 | $2,097.34 | $2,143.17 | $668.46 | $1,474.71 | $0.00 | $0.00 | ($45.83) | $1,914.02 |
| 10 - PAYMENT APPLIED | 7/1/2013 | 2/7/2014 | $2,097.34 | $2,143.17 | $668.46 | $1,474.71 | $0.00 | $0.00 | ($45.83) | $1,868.19 |
| 10 - PAYMENT APPLIED | 8/1/2013 | 3/5/2014 | $2,097.34 | $2,143.17 | $668.46 | $1,474.71 | $0.00 | $0.00 | ($45.83) | $1,822.36 |
| 20 - MISC | | 4/4/2014 | $3,253.18 | $0.00 | $3,253.18 | $0.00 | $0.00 | $0.00 | $0.00 | $1,822.36 |
| 10 - FUNDS RECEIVED | | 5/9/2014 | $2,097.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,097.34 | $3,919.70 |
| 10 - PAYMENT APPLIED | 9/1/2013 | 5/9/2014 | $2,097.34 | $2,097.34 | $622.63 | $1,474.71 | $0.00 | $0.00 | $0.00 | $3,919.70 |
| 10 - PAYMENT APPLIED | 10/1/2013 | 5/9/2014 | $0.00 | $2,097.34 | $622.63 | $1,474.71 | $0.00 | $0.00 | ($2,097.34) | $1,822.36 |
| 20 - MISC REVERSAL | | 5/13/2014 | ($3,253.18) | $0.00 | ($3,253.18) | $0.00 | $0.00 | $0.00 | $0.00 | $1,822.36 |
| 10 - PAYMENT APPLIED | 11/1/2013 | 5/23/2014 | $3,253.18 | $2,097.34 | $622.63 | $1,474.71 | $0.00 | $0.00 | $1,155.84 | $2,978.20 |
| 10 - PAYMENT APPLIED | 12/1/2013 | 5/23/2014 | $0.00 | $2,097.34 | $622.63 | $1,474.71 | $0.00 | $0.00 | ($2,097.34) | $880.86 |
| 10 - PAYMENT APPLIED | 1/1/2014 | 5/30/2014 | $2,097.34 | $2,097.34 | $622.63 | $1,474.71 | $0.00 | $0.00 | $0.00 | $880.86 |
| 10 - PAYMENT APPLIED | 2/1/2014 | 6/27/2014 | $2,097.34 | $2,097.34 | $622.63 | $1,474.71 | $0.00 | $0.00 | $0.00 | $880.86 |

This ledger is for bankruptcy purposes only. The Bank maintains this ledger for the period during which the debtor is making payments under the terms of a chapter 13 bankruptcy plan. The Bank separately maintains an accounting system that tracks payments according to the terms of the loan documents. That contractually-based system may be used for servicing the mortgage in the event this debtor's bankruptcy case is dismissed, converted to chapter 7, or the automatic stay is lifted prior to the debtor's completing the payments required under the plan.

Page 1 of 1

EXHIBIT D