IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Vincent F. Suchocki
Kathy M. Suchocki
          Debtors

Bankruptcy No. 12-31508
Judge A. Benjamin Goldgar
Chapter: 13

## AGREED ORDER CONDITIONING AUTOMATIC STAY

This cause coming to be heard on the motion of Bank of America, N.A., through its attorney, Kenneth W. Bach of Johnson, Blumberg & Associates, LLC, for relief from the automatic stay, the court being fully advised;

IT IS ORDERED:

1. Upon the entry of this order, the Debtors shall tender funds in the amount of $9,605.84 towards curing the default of $10,431.84 through August 1, 2014 (with said sum including reimbursement to the Movant for its attorney's fee and cost of this motion of $826.00).

2. The Debtors shall cure the remaining default of $826.00 by monthly payments on the following schedule:

    | | | |
    |---|---|---|
    | A. | On or before September 1, 2014 | $137.67 |
    | B. | On or before October 1, 2014 | $137.67 |
    | C. | On or before November 1, 2014 | $137.67 |
    | D. | On or before December 1, 2014 | $137.67 |
    | E. | On or before January 1, 2015 | $137.66 |
    | F. | On or before February 1, 2015 | $137.66 |

   These payments are in addition to the regular monthly mortgage payments due under the terms of the note and mortgage. If the Debtors fail to tender the above payments, then the default provisions of paragraph 4, below, shall apply.

3. Effective September 1, 2014, and thereafter, if the Debtors fail to tender the monthly installment payments due Bank of America, N.A. such that two monthly mortgage payments are due and not fully paid, then the default provisions of paragraph 4, below shall apply.

4. Effective September 1, 2014 and thereafter, if the Debtors fail to tender the monthly trustee plan payments due such that two monthly trustee plan payments are due and not fully paid, then the default provisions of paragraph 4, below shall apply.

5. If the Debtors fail to comply with the terms of paragraphs 1, 2 or 3, above, then the automatic stay shall be modified, without further order of court, to allow Bank of America, N.A. to exercise any and all of its state law remedies to obtain foreclose, evict or take any other action to preserve and protect its interest with respect to the real property commonly known as 159 Wildwood Road, Elk Grove Village, Illinois 60007, provided that written notice of default is mailed to the Debtors and Debtors' attorney and the default specified in the notice is not cured within 15 days of the mailing of the notice. When cure is made pursuant to this paragraph, the monthly mortgage payments due shall be made in certified funds payable to the Creditor above and tendered at the offices of Johnson, Blumberg & Associates, LLC, at

    the address below and must be received prior to the expiration of the 15-day notice period to cure the stated default.

6. For the purpose of determining when the automatic stay is modified, the automatic stay is deemed modified upon the filing of a Notice of Termination after the expiration of the cure term described in paragraph 5, above.

7. If the Automatic Stay is lifted pursuant to paragraph 5 of this order, then any proof of claim filed by the Movant is hereby withdrawn upon such modification.

Date:      12 AUG 2014

Enter: _____
Judge A. Benjamin Goldgar

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711