**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 12−31508
Chapter: 13
Judge: A. Benjamin Goldgar

In Re:
   Vincent F Suchocki                                     Kathy M Suchocki
   159 Wildwood Rd                                     159 Wildwood Rd
   Elk Grove Village, IL 60007                   Elk Grove Village, IL 60007

Social Security / Individual Taxpayer ID No.:
   xxx−xx−4983                                               xxx−xx−0254

Employer Tax ID / Other nos.:

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on December 23, 2014

                                                                     FOR THE COURT

Dated: December 23, 2014                             <u>Jeffrey P. Allsteadt , Clerk</u>
                                                                   United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:
Vincent F Suchocki
Kathy M Suchocki
    Debtors

Case No. 12-31508-ABG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1       User: nmolina       Page 1 of 2       Date Rcvd: Dec 23, 2014
                     Form ID: ntcdsm      Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2014.
```
db/jdb         +Vincent F Suchocki,    Kathy M Suchocki,    159 Wildwood Rd,    Elk Grove Village, IL 60007-1769
20044883       +BANK OF AMERICA, N.A,    BAC Home Loan Servicing, LP,    Bankruptcy Department,
                 Mail Stop CA6 919 01 23,    400 National Way,    Simi Valley CA 93065-6414
19294382       +BANK OF America, N.A.,    Attn: Bankruptcy Dept.,    450 American St,
                 Simi Valley, CA 93065-6285
19846308       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
19294383       +Clerk, Chancery,    Doc#12ch26765,    50 W. Washington St., Room 802,    Chicago, IL 60602-1305
19294400       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
19294401       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
19294384       +Fisher and Shapiro LLC,    Bankruptcy Department,    2121 Waukegan Road # 301,
                 Bannockburn, IL 60015-1831
19294402       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19673363       +EDI: OPHSUBSID.COM Dec 24 2014 00:33:00      AZUREA I, LLC,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
19294398       +EDI: TSYS2.COM Dec 24 2014 00:33:00      Barclays BANK Delaware,    Attn: Bankruptcy Dept.,
                 125 S West St,    Wilmington, DE 19801-5014
19294397       +EDI: CHASE.COM Dec 24 2014 00:33:00      CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,
                 Wilmington, DE 19850-5298
19294387       +EDI: CAPITALONE.COM Dec 24 2014 00:33:00      Capital One,    Attn: Bankruptcy Dept.,
                 Po Box 5253,    Carol Stream, IL 60197-5253
19608952        EDI: BL-BECKET.COM Dec 24 2014 00:33:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
19331554        EDI: RMSC.COM Dec 24 2014 00:33:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19294386       +EDI: RMSC.COM Dec 24 2014 00:33:00      Gecrb/Amazon,    Attn: Bankruptcy Dept.,    Po Box 981400,
                 El Paso, TX 79998-1400
19294396        EDI: RMSC.COM Dec 24 2014 00:33:00      Gecrb/JCP,    Attn: Bankruptcy Dept.,    Po Box 984100,
                 El Paso, TX 79998
19294385       +EDI: RMSC.COM Dec 24 2014 00:33:00      Gecrb/OLD NAVY,    Attn: Bankruptcy Dept.,
                 Po Box 981400,    El Paso, TX 79998-1400
19294392       +EDI: RMSC.COM Dec 24 2014 00:33:00      Gecrb/SAMS CLUB,    Attn: Bankruptcy Dept.,
                 Po Box 981400,    El Paso, TX 79998-1400
19294394       +EDI: RMSC.COM Dec 24 2014 00:33:00      Gecrb/Walmart,    Attn: Bankruptcy Dept.,    Po Box 981400,
                 El Paso, TX 79998-1400
19294393       +E-mail/Text: ebnsterling@weltman.com Dec 24 2014 00:43:44      KAY Jewelers,
                 Attn: Bankruptcy Dept.,    375 Ghent Rd,    Fairlawn, OH 44333-4600
19294389       +EDI: CBSKOHLS.COM Dec 24 2014 00:33:00      Kohls/Capone,    Attn: Bankruptcy Dept.,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19784359        EDI: PRA.COM Dec 24 2014 00:33:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
19731176        EDI: PRA.COM Dec 24 2014 00:33:00      Portfolio Recovery Associates, LLC,
                 c/o Sears Premier Card,    POB 41067,    Norfolk VA 23541
20381579       +EDI: PRA.COM Dec 24 2014 00:33:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
19803375        EDI: RECOVERYCORP.COM Dec 24 2014 00:33:00      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                 Miami, FL 33131-1605
19803376        EDI: RECOVERYCORP.COM Dec 24 2014 00:33:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
19294388       +EDI: SEARS.COM Dec 24 2014 00:33:00      Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6189,
                 Sioux Falls, SD 57117-6189
19333950       +E-mail/Text: ebnsterling@weltman.com Dec 24 2014 00:43:44      Sterling Inc. dba Kay Jewelers,
                 c/o Weltman, Weinberg & Reis, Co., LPA,    323 W. Lakeside Avenue,    Cleveland, OH 44113-1085
19403706       +E-mail/Text: bncmail@w-legal.com Dec 24 2014 00:44:20      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
19294391       +EDI: CITICORP.COM Dec 24 2014 00:33:00      THD/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
19294390       +EDI: WTRRNBANK.COM Dec 24 2014 00:33:00      TNB - Target,    Attn: Bankruptcy Dept.,
                 Po Box 673,    Minneapolis, MN 55440-0673
19294399       +EDI: WTRRNBANK.COM Dec 24 2014 00:33:00      Target NB,    Attn: Bankruptcy Dept.,    Po Box 673,
                 Minneapolis, MN 55440-0673
20739425        EDI: ECAST.COM Dec 24 2014 00:33:00      eCAST Settlement Corporation,    POB 29262,
                 New York, NY 10087-9262
                                                                                              TOTAL: 25
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1              User: nmolina                Page 2 of 2                  Date Rcvd: Dec 23, 2014
                                  Form ID: ntcdsm              Total Noticed: 34

20044897*        +BANK OF AMERICA, N.A.,    BAC Home Loan Servicing, LP,    Bankruptcy Department,
                   Mail Stop CA6 919 01 23,    400 National Way,    Simi Valley CA 93065-6414
19294395*        +Capital One,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
                                                                                         TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2014                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2014 at the address(es) listed below:
              Josephine J Miceli    on behalf of Creditor    Bank of America, N.A. Jo@johnsonblumberg.com
              Marilyn O Marshall    courtdocs@chi13.com
              Megan D Hayes    on behalf of Joint Debtor Kathy M Suchocki ndil@geracilaw.com
              Megan D Hayes    on behalf of Debtor Vincent F Suchocki ndil@geracilaw.com
              Michael N Burke    on behalf of Creditor    BANK OF AMERICA, N.A.
               bk_il_notice@fisherandshapirolaw.com
              Monette W Cope    on behalf of Creditor    STERLING JEWELERS INC., DBA KAY JEWELERS
               ecfnil@weltman.com
              Monette W Cope    on behalf of Creditor    Sterling Jewelers Inc. dba Kay Jewelers
               ecfnil@weltman.com
              Nathan E Curtis    on behalf of Debtor Vincent F Suchocki ndil@geracilaw.com
              Nathan E Curtis    on behalf of Joint Debtor Kathy M Suchocki ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ryan S Fojo    on behalf of Debtor Vincent F Suchocki ndil@geracilaw.com
              Ryan S Fojo    on behalf of Joint Debtor Kathy M Suchocki ndil@geracilaw.com
              Shera L Bucchianeri    on behalf of Joint Debtor Kathy M Suchocki ndil@geracilaw.com
              Shera L Bucchianeri    on behalf of Debtor Vincent F Suchocki ndil@geracilaw.com
                                                                                             TOTAL: 14
```